UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAMEO L. GARRETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS COUNTY SUPERIOR COURT, Juvenile Court, CHILD PROTECTIVE SERVICES of Washington State, ATTORNEY GENERAL OF WASHINGTON, and ANNE McINTOSH,<br><br>　　　　　Defendants. | NO. CV-10-0221-EFS<br><br>**ORDER DISMISSING AMENDED COMPLAINT, ENTERING JUDGMENT, AND CLOSING FILE** |

　　　On October 5, 2010, the Court ordered Plaintiff Cameo Garrett to file no later than October 29, 2010, a second amended complaint that stated a claim for relief and complied with the Federal Rules of Civil Procedure and the Eastern District of Washington Local Rules. (ECF No. 14.) Plaintiff was warned that failure to timely file a second amended complaint would result in dismissal of this action. Because, Plaintiff failed to file a second amended complaint, **IT IS HEREBY ORDERED**:

　　　1.　Plaintiff's Amended Complaint **(ECF No. 11)** is **DISMISSED without prejudice**.

　　　2.　All pending motions are **DENIED AS MOOT**.

ORDER * 1

3.   **Judgment** shall be entered **without prejudice**.

4.   This file shall be **CLOSED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this  10th  day of December 2010.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                         United States District Judge

Q:\Civil\2010\0221.final.dismi.wpd

ORDER * 2