AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CAMEO L. GARRETT,

               Plaintiff,

                                                    JUDGMENT IN A CIVIL CASE

               v.

DOUGLAS COUNTY SUPERIOR COURT, Juvenile Court, CHILD PROTECTIVE SERVICES of Washington State, ATTORNEY GENERAL OF WASHINGTON, and ANNE McINTOSH,

CASE NUMBER: CV-10-0221-EFS

               Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants without prejudice pursuant to the Order Dismissing Amended Complaint, Entering Judgment, and Closing File entered on December 13, 2010, Ct. Rec. 15.

12/13/2010                                                      JAMES R. LARSEN
*Date*                                                           *Clerk*

                                                                  s/ Cora Vargas

                                                                  *(By) Deputy Clerk*

                                                                  Cora Vargas